IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRYAN K. CHISOLM, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:12-cv-5025-M |
| DESOTO POLICE DEP'T, ET AL., | § § § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and Recommendations in this case. Plaintiff filed objections on July 30, 2013, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge. Defendants' joint motion for summary judgment [Dkt. No. 13] is GRANTED. Plaintiff's motion to certify an interlocutory appeal [Dkt. No. 28] is DENIED.

SO ORDERED this 16th day of September, 2013.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS